| AO-10 Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT NOMINATION FILING | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (Last name, First name, Middle initial) Bumb, Renee M | 2. Court or Organization District of New Jersey | 3. Date of Report 1/25/2006 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time) District Judge - Nominee | 5. ReportType (check appropriate type) ● Nomination, Date 1/25/2006 ○ Initial ○ Annual ○ Final | 6. Reporting Period 1/1/2005 to 12/31/2005 |
| 7. Chambers or Office Address U.S. Attorney's Office 401 Market Street, 4th Floor Camden, New Jersey 08101 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☑ **NONE** - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ **NONE** - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☑ **NONE** - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. Dollar amount not required except for honoraria.)

☑ **NONE** - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☐ **NONE** - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | | Exempt |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☐ **NONE** - (No such reportable gifts.)

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | Exempt | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☐ **NONE** - (No reportable liabilities.)

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Courtland and Ruth Morris | Mortgage on property #1, Avalon, NJ (Pt. VII, line 1) | L |
| 2. | Third Federal Bank | Mortgage on property #2, Venice, FL. (Pt. VII, line 2) | M |

| Name of Person Reporting | Date of Report |
|---|---|
| Bumb, Renee M | 1/25/2006 |

## VII. INVESTMENTS and TRUSTS -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. Rental Property | C | Rent | M | R | Exempt | | | | |
| 2. Vacation Property | | None | N | R | | | | | |
| 3. Bank of America account | B | Interest | L | T | | | | | |
| 4. Third Federal Bank account | A | Interest | M | T | | | | | |
| 5. U.S. Savings Bonds | A | Interest | J | T | | | | | |
| 6. Phoenix Life Insurance | A | Interest | J | T | | | | | |
| 7. FEGLI Life Insurance | | None | M | T | | | | | |
| 8. Vanguard Index 500 Fund | B | Dividend | M | T | | | | | |
| 9. Wells Fargo Advantage Fund | A | Dividend | J | T | | | | | |
| 10. Franklin Templeton Fund | A | Dividend | K | T | | | | | |
| 11. UBS Financial Account | A | Interest | B | T | | | | | |
| 12. 529 Plan - Alliance Capital Fund | A | Dividend | L | T | | | | | |
| 13. Ameritrade account | A | Interest | E | T | | | | | |
| 14. Cendant Common Stock | A | Dividend | J | T | | | | | |
| 15. SCOLR Common Stock | A | Dividend | J | T | | | | | |
| 16. Today's Man Common Stock | A | Dividend | J | T | | | | | |
| 17. Purchase Pro Common Stock | A | Dividend | J | T | | | | | |
| 18. Charter Communications Common Stock | A | Dividend | J | T | | | | | |

1. Income/Gain Codes:   A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
(See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes:   J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
(See Columns C1 and D3)   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
  P3 = $25,000,001-$50,000,000   P4 = $More than $50,000,000
3. Value Method Codes   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
(See Column C2)   U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Bumb, Renee M | 1/25/2006 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. AT&T Common Stock | A | Dividend | J | T | | | | | |
| 20. Radio Shack Common Stock | A | Dividend | J | T | | | | | |
| 21. Ariad Common Stock | A | Dividend | J | T | | | | | |
| 22. VISX Common Stock | A | Dividend | J | T | | | | | |
| 23. Comcast Common Stock | A | Dividend | J | T | | | | | |
| 24. GE Common Stock | A | Dividend | J | T | | | | | |
| 25. Motorola Common Stock | A | Dividend | J | T | | | | | |
| 26. Kohl's Common Stock | A | Dividend | J | T | | | | | |
| 27. Iron Mountain Storage Common Stock | A | Dividend | J | T | | | | | |
| 28. Freescale Common Stock | A | Dividend | J | T | | | | | |
| 29. Roboserver Systems Common Stock | A | Dividend | J | T | | | | | |
| 30. Lord Abbett All Value Fund | A | Dividend | K | T | | | | | |
| 31. Lord Abbett Midcap Value Fund | A | Dividend | J | T | | | | | |
| 32. Dreyfus Premier Core Fund | A | Dividend | K | T | | | | | |
| 33. Van Kampen Global Franchise Fund | A | Dividend | J | T | | | | | |
| 34. Van Kampen Growth and Income Fund | A | Dividend | J | T | | | | | |
| 35. Federated Kaufman Fund | A | Dividend | K | T | | | | | |
| 36. Black Rock Aurora Fund | A | Dividend | K | T | | | | | |

1. Income/Gain Codes: A = $1,000 or less  B = $1,001-$2,500  C = $2,501-$5,000  D = $5,001-$15,000  E = $15,001-$50,000
   (See Columns B1 and D4)  F = $50,001-$100,000  G = $100,001-$1,000,000  H1 = $1,000,001-$5,000,000  H2 = More than $5,000,000
2. Value Codes: J = $15,000 or less  K = $15,001-$50,000  L = $50,001-$100,000  M = $100,001-$250,000
   (See Columns C1 and D3)  N = $250,000-$500,000  O = $500,001-$1,000,000  P1 = $1,000,001-$5,000,000  P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000  P4 = $More than $50,000,000
3. Value Method Codes  Q = Appraisal  R = Cost (Real Estate Only)  S = Assessment  T = Cash/Market
   (See Column C2)  U = Book Value  V = Other  W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Bumb, Renee M | 1/25/2006 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 37. | Eaton Vance Tax Managed Fund | A | Dividend | J | T | | | | | |
| 38. | "Millionaires' Club" Stock Fund | | | | | | | | | |
| 39. | - AT&T Common Stock | A | Dividend | J | T | | | | | |
| 40. | - Comcast Common Stock | A | Dividend | J | T | | | | | |
| 41. | - Dell Common Stock | A | Dividend | J | T | | | | | |
| 42. | - E-Trade Financial Common Stock | A | Dividend | J | T | | | | | |
| 43. | - Ford Motor Common Stock | A | Dividend | J | T | | | | | |
| 44. | - GE Common Stock | A | Dividend | J | T | | | | | |
| 45. | - Genta Common Stock | A | Dividend | J | T | | | | | |
| 46. | - McDonald's Common Stock | A | Dividend | J | T | | | | | |
| 47. | - OSI Pharmaceutical Common Stock | A | Dividend | J | T | | | | | |
| 48. | - Time Warner Common Stock | A | Dividend | J | T | | | | | |
| 49. | - UPS Common Stock | A | Dividend | J | T | | | | | |
| 50. | - Universal Display Common Stock | A | Dividend | J | T | | | | | |
| 51. | - TD Waterhouse Money Market Account | A | Dividend | J | T | | | | | |
| 52. | Sirius Satellite Radio, Inc. Common Stock | A | Dividend | J | T | | | | | |

1. Income/Gain Codes: A = $1,000 or less  B = $1,001-$2,500  C = $2,501-$5,000  D = $5,001-$15,000  E = $15,001-$50,000
   (See Columns B1 and D4)  F = $50,001-$100,000  G = $100,001-$1,000,000  H1 = $1,000,001-$5,000,000  H2 = More than $5,000,000
2. Value Codes: J = $15,000 or less  K = $15,001-$50,000  L = $50,001-$100,000  M = $100,001-$250,000
   (See Columns C1 and D3)  N = $250,000-$500,000  O = $500,001-$1,000,000  P1 = $1,000,001-$5,000,000  P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000  P4 = $More than $50,000,000
3. Value Method Codes  Q = Appraisal  R = Cost (Real Estate Only)  S = Assessment  T = Cash/Market
   (See Column C2)  U = Book Value  V = Other  W = Estimated

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS    (Indicate part of Report.)

Rental property #1, purchased in 1994 for $123,000; 1/2 ownership

Property #2, vacation property, purchased in 2005, at 1/2 of $315,000; 1/2 ownership

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Bumb, Renee M | 1/25/2006 |

## IX. CERTIFICATION.

   I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

   I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____          Date___1/26/06_____

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

   Committee on Financial Disclosure
   Administrative Office of the United States Courts
   Suite 2-301
   One Columbus Circle, N.E.
   Washington, D.C. 20544

# FINANCIAL STATEMENT

## NET WORTH

Provide a complete, current financial net worth statement which itemizes in detail all assets (including bank accounts, real estate, securities, trusts, investments, and other financial holdings) all liabilities (including debts, mortgages, loans, and other financial obligations) of yourself, your spouse, and other immediate members of your household.

| ASSETS | | | | LIABILITIES | | | |
|---|---|---|---|---|---|---|---|
| Cash on hand and in banks | | 250 | 000 | Notes payable to banks-secured | | | |
| U.S. Government securities-add schedule | | 14 | 400 | Notes payable to banks-unsecured | | | |
| Listed securities-add schedule | | 36 | 000 | Notes payable to relatives | | | |
| Unlisted securities--add schedule | | | | Notes payable to others | | | |
| Accounts and notes receivable: | | | | Accounts and bills due | | | |
| Due from relatives and friends | | | 660 | Unpaid income tax | | | |
| Due from others | | | | Other unpaid income and interest | | | |
| Doubtful | | | | Real estate mortgages payable-add schedule | | 573 | 720 |
| Real estate owned-add schedule | 1 | 259 | 000 | Chattel mortgages and other liens payable | | | |
| Real estate mortgages receivable | | | | Other debts-itemize: | | | |
| Autos and other personal property | | 100 | 000 | | | | |
| Cash value-life insurance | | 14 | 000 | | | | |
| Other assets itemize: | | | | | | | |
| TSP Contributions (Account 1) | | 245 | 000 | | | | |
| TSP Contributions (Account 2) | | 235 | 000 | | | | |
| | | | | Total liabilities | | 573 | 720 |
| | | | | Net Worth | 1 | 580 | 340 |
| Total Assets | 2 | 154 | 060 | Total liabilities and net worth | 2 | 154 | 060 |
| CONTINGENT LIABILITIES | | | | GENERAL INFORMATION | | | |
| As endorser, comaker or guarantor | | | | Are any assets pledged? (Add schedule) | NO | | |
| On leases or contracts | | | | Are you defendant in any suits or legal actions? | NO | | |
| Legal Claims | | | | Have you ever taken bankruptcy? | NO | | |
| Provision for Federal Income Tax | | | | | | | |
| Other special debt | | | | | | | |